IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA THOMPSON,

       Plaintiff,

v.                                                 CV 16-924 KBM/WPL

AVON PRODUCTS FOUNDATION, INC.;
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA;
GELCO CORPORATION d/b/a GE CAPITAL
FLEET SERVICES; and yet-to-be identified
Business Entity(ies) and/or Individuals,

       Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On November 29, 2016, I entered an Order to Show Cause (Doc. 8) requiring Plaintiff to effect service on Defendants Avon Products Foundation, Inc. (originally incorrectly identified as "Avon Products, Inc.") and GELCO Corporation (originally incorrectly identified as GE Capital Fleet Services d/b/a Gelco Corporation), or to provide the Court with a written explanation why service has not been effected no later than December 29, 2016. On December 7, 2016, Plaintiff filed a response to my Order (Doc. 9) and an Amended Complaint (Doc. 10). Plaintiff indicated that she had completed service on the two defendants, but would initiate new service with respect to the Amended Complaint, out of an abundance of caution. (*See* Doc. 9.) I find that Plaintiff's representations are satisfactory under the circumstances and hereby quash the Order to Show Cause.

It is so ordered.

                                                                               William P. Lynch
                                                                               United States Magistrate Judge