IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA THOMPSON,

       Plaintiff,

v.                                       CV 16-924 KBM/WPL

AVON PRODUCTS, INC.;
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA;
GELCO CORPORATION d/b/a GE CAPITAL
FLEET SERVICES; and yet-to-be identified
Business Entity(ies) and/or Individuals,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

       Plaintiff Patricia Thompson filed an unopposed motion to file a second amended complaint. (Doc. 16.) The motion is granted. Thompson must file her second amended complaint within seven days from the date of entry of this Order. Thompson is reminded that she remains responsible for serving the second amended complaint on Defendant Avon Products, Inc., and proving such service.

       It is so ordered.

                                                                               _____
                                                                               William P. Lynch
                                                                               United States Magistrate Judge