IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA THOMPSON,

    Plaintiff,

v.                          Case No. 16-CV-00924 KBM/JHR

AVON PRODUCTS, INC., THE TRAVELERS
COMPANIES, dba Travelers Insurance Company;
GE CAPITAL FLEET SERVICES dba Gelco Corporation;
and Yet-To-Be Identified Business
Entity(ies) and/or Individuals,

    Defendants.

## STIPULATION OF DISMISSAL

**COME NOW** the parties, by and through their attorneys, and hereby stipulate that all issues and claims between the parties have been resolved. The parties stipulate to the entry of an Order of Dismissal of all claims between the parties, with prejudice.

The parties further stipulate that upon full payment of the settlement to Plaintiff from Defendant Avon Products, Inc., the parties will execute all necessary liability releases. Finally, each party will pay its own attorneys' fees and costs.

        Respectfully submitted,

        BRENNAN & SULLIVAN, P.A.

    By:    */s/ Sabrina Rodriguez Salvato*
            Sabrina Rodriguez Salvato
            James P. Sullivan
            128 East DeVargas
            Santa Fe, New Mexico 87501
            (505) 995-8514
            *Attorneys for Defendant Avon Products, Inc.*

THE BENNETT LAW GROUP

By: *Approved via email 12/01/17*
Merit Bennett, Esq.
460 St. Michael's Drive, Ste. 703
Santa Fe, NM 87505
505-983-9834
mb@thebennettlawgroup.com
*Attorney for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: *Approved by J. Noya via email 01/15/18*
Jennifer A. Noya, Esq.
Emily Chase-Sosnoff, Esq.
Post Office Box 2168
Albuquerque, NM 87103-2168
505-848-1800
jnoya@modrall.com
epc@modrall.com
*Attorneys for Travelers*

MILLER STRATVERT, P.A.

By: *Approved by D. Akenhead via email 01/17/18*
Todd A. Schwarz, Esq.
Dan A. Akenhead, Esq.
Post Office Box 25687
Albuquerque, NM 87125-0687
505-842-1940
tschwarz@mstlaw.com
dakenhead@mstlaw.com
*Attorneys for Defendant GELCO Corp.
dba GE Capital Fleet Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Merit Bennett, Esq.
The Bennett Law Group
460 St. Michael's Drive, Ste. 703
Santa Fe, NM  87505
505-983-9834
mb@thebennettlawgroup.com
*Attorney for Plaintiff*

Jennifer A. Noya, Esq.
Emily Chase-Sosnoff, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Post Office Box 2168
Albuquerque, NM  87103-2168
505-848-1800
jnoya@modrall.com
epc@modrall.com
*Attorneys for Travelers*

Todd A. Schwarz, Esq.
Dan A. Akenhead, Esq.
Miller Stratvert, P.A.
Post Office Box 25687
Albuquerque, NM  87125-0687
505-842-1940
tschwarz@mstlaw.com
dakenhead@mstlaw.com
*Attorneys for Defendant GELCO Corp.*
*dba GE Capital Fleet Services*

By: */s/ Sabrina Rodriguez Salvato*
       Sabrina Rodriguez Salvato