IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA THOMPSON,

     Plaintiff,

v.                             Case No. 16-CV-00924 KBM/JHR

AVON PRODUCTS, INC., THE TRAVELERS
COMPANIES, dba Travelers Insurance Company;
GE CAPITAL FLEET SERVICES dba Gelco Corporation;
and Yet-To-Be Identified Business
Entity(ies) and/or Individuals,

     Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court upon the Stipulation of Dismissal signed by counsel for all parties. The Court, being fully advised in the premises, approves the Stipulation and finds that this cause should be dismissed with prejudice in accordance with the terms of the Stipulation of Dismissal.

**IT IS THEREFORE ORDERED** that the above-entitled cause is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
HONORABLE KAREN B. MOLZEN
U.S. CHIEF MAGISTRATE JUDGE

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

*/s/ Sabrina Rodriguez Salvato*
Sabrina Rodriguez Salvato
James P. Sullivan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendant Avon Products, Inc.*


THE BENNETT LAW GROUP


*Approved via email 12/01/17*
Merit Bennett, Esq.
460 St. Michael's Drive, Ste. 703
Santa Fe, NM 87505
505-983-9834
mb@thebennettlawgroup.com
*Attorney for Plaintiff*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.


*Approved via J. Noya via email 01/15/18*
Jennifer A. Noya, Esq.
Emily Chase-Sosnoff, Esq.
Post Office Box 2168
Albuquerque, NM 87103-2168
505-848-1800
jnoya@modrall.com
epc@modrall.com
*Attorneys for Travelers*

MILLER STRATVERT, P.A.

*Approved by C. Akenhead via email on 01/17/18*
Todd A. Schwarz, Esq.
Dan A. Akenhead, Esq.
Miller Stratvert, P.A.
Post Office Box 25687
Albuquerque, NM 87125-0687
505-842-1940
tschwarz@mstlaw.com
dakenhead@mstlaw.com
*Attorneys for Defendant GELCO Corp.*
*dba GE Capital Fleet Services*